In the Matter of the Application of JOHN A. BENSEL et al., Constituting the Board of Water Supply of the City of New York, to Acquire Real Estate in the Towns of Mount Pleasant and Greenburg.

THE CITY OF NEW YORK, Appellant; KNOLLWOOD PARK COMPANY, Respondent.

*Matter of Bensel,* 154 App. Div. 956, affirmed.
(Submitted June 4, 1913; decided June 20, 1913.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered January 24, 1913, which affirmed an order of Special

Term confirming the report of commissioners of appraisal in condemnation proceedings.

*Archibald R. Watson, Corporation Counsel* (*I. J. Beaudrias* of counsel), for appellant.

*Woodson R. Oglesby* for respondent.

Order affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, WILLARD BARTLETT, HISCOCK, CHASE, HOGAN and MILLER, JJ.